

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00352-CR

William Roy **TATE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-0335-CR-B
Honorable William D. Old III, Judge Presiding

# O R D E R

The Appellant's Second Unopposed Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before October 28, 2020. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court